**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Curtis Lawrence | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20−cv−04236 |
| | § | |
| Del Monte Fresh Produce (Texas), Inc. | § | |
|    Defendant. | § | |

**PLAINTIFF'S CERTIFICATE OF**
**FINANCIALLY INTERESTED PARTIES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff herein, Curtis Lawrence, d/b/a Skyward Transportation, LLC, who hereby certifies that he is the sole member and owner of Skyward Transportation, LLC, and that as such, he is the only person with a financial interest in the outcome of this litigation, from the plaintiff's perspective.  Further, Plaintiff currently lacks sufficient information and belief to offer an opinion as to any financially-interested persons or parties from the defendant's perspective.

                                                        Respectfully submitted,

                                                        _____s/ John O. Pieksen, Jr._____
                                                        Michael G. Bagneris (La. Bar #2658)
                                                        John O. Pieksen, Jr. (La. Bar #21023)
                                                       ***Bagneris, Pieksen & Associates, LLC***
                                                        935 Gravier Street, Suite 2110
                                                        New Orleans, LA   70112
                                                        Phone (504) 493-7990 | Fax (504) 493-7991
                                                        Email:  bagneris@bpajustice.com
                                                                      pieksen@bpajustice.com
                                                        ***Attorneys for Plaintiff, Curtis Lawrence***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by ECF filing, this 30th day of December, 2020.

                                                                                 _/s/ John O. Pieksen, Jr._