United States District Court
Southern District of Texas

**ENTERED**
January 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-4236 |
|---|---|---|---|

CURTIS LAWRENCE dba SKYWARD TRANSPORTATION, INC.

*versus*

DEL MONTE FRESH PRODUCE (TEXAS), INC.

United States Courts
Southern District of Texas
FILED
JAN 20 2021
Clerk of Court

| | |
|---|---|
| Lawyer's Name | Gaye L. Huxoll |
| Firm | Tein Malone pllc |
| Street | 11045 SW 69th Ave Rd |
| City & Zip Code | Miami, FL 33156 |
| Telephone & Email | (305) 442-0195; ghuxoll@teinmalone.com |
| Licensed: State & Number | FL 149497 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Del Monte Fresh Produce (Texas), Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 1/19/2021     Signed: *Gaye Huxoll*

The state bar reports that the applicant's status is: *active*

Dated: 1/20/2021     Clerk's signature: [signature]

### Order

This lawyer is admitted *pro hac vice*.

Dated: January 20, 2021

*George C. Hanks Jr.*
United States District Judge